# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2507
LT Case No. 10-2007-CF-293-A

_____

MICHAEL RENARD JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Ryan Edward McFarland, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Amanda Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

April 2, 2026

PER CURIAM.

AFFIRMED.

WALLIS, EDWARDS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____